# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FRENCH RIVIERA IMPORTS, INC.,**
Appellant,

v.

**WOODFIELD REGENCY, INC.** and **REGENCY COURT (WOODFIELD) MERCHANTS ASSOCIATION, INC.,**
Appellees.

No. 4D20-1642

[April 1, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 50-2012-CA-009869-XXXX-MB.

Dennis S. Lefkowitz, Boca Raton, for appellant.

Michael L. Grant, Richard B. Warren and Jacob W. Warren of Warren & Grant, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***